UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-10117-RWZ |
| | ) |
| v. | ) |
| | ) |
| DARREN FRANKLIN, a/k/a "D", | ) |
| | ) |
| Defendant. | ) |

### INFORMATION

Pursuant to Title 21, United States Code, Section 851(a), the United States Attorney, by Assistant United States Attorney Patrick M. Hamilton, hereby files this information stating that the government will rely on a certain drug conviction as the basis for a sentencing enhancement with respect to Count One of the Indictment.

In particular, the government will rely on one or the other of the following convictions:

> an August 24, 1994 conviction in Suffolk Superior Court, Docket Number SUCR1994-11305, for cocaine distribution, in violation of M.G.L. c. 94C, Section 32A(c); and

> an August 24, 1994 conviction in Suffolk Superior Court, Docket Number SUCR1993-12123, for cocaine distribution, in violation of M.G.L. c. 94C, Section 32A(c.

Because Count One involves less than five (5) grams or more of a mixture or substance containing cocaine base (also known as "crack"), the government submits that the defendant is subject upon conviction on this count to a maximum sentence of imprisonment for up to thirty (30) years, a fine of up to two million dollars and supervised release for at least six (6) years and for a maximum of

life following any period of incarceration, pursuant to 21 U.S.C. § 841(b)(1)(C).

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                    By:
                                                PATRICK M. HAMILTON
                                                Assistant U.S. Attorney
                                                One Courthouse Way
                                                Boston, MA 02210
Date:    April 15, 2004          (617)748-3251