AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DARREN FRANKLIN

**WARRANT FOR ARREST**

Case Number: **04CR10117RWZ**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**Darren Franklin**__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] INDICTMENT  [ ] INFORMATION  [ ] COMPLAINT  [ ] ORDER OF COURT  [ ] VIOLATION OF NOTICE  [ ] PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

possession with intent to distribute and distribution of cocaine base, also known as "crack cocaine" and

possession with intent to distribute and distribution of cocaine base, also known as "crack cocaine", in a school zone

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 860(a)__.

__Catherine M Gaulet__
Name of Issuing Officer

__Supervisor__
Title of Issuing Officer

__Catherine M Gaulet__
Signature of Issuing Officer

__4-14-04  Boston__
Date and Location

Bail fixed at $ _____    BY _____

| RETURN |||
|---|---|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT ||| 
| WARRANT EXECUTED BY USMS-Hiota BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/15/04 |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |