AO458 (Rev. 5/85)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

UNITED STATES

v.

DARREN FRANKLIN

## APPEARANCE

Case Number: 04-10117-RWZ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Darren Franklin

4/20/04
Date

Signature

JONATHAN SHAPIRO
Print Name

90 CANAL ST
Address

BOSTON        MA        02114
City          State      Zip Code

617/742-5800
Phone Number