⬥AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

_____ V. _____

**EXHIBIT AND WITNESS LIST**

Case Number: 04-10117

| PRESIDING JUDGE Cohen | PLAINTIFF'S ATTORNEY Hamilton | DEFENDANT'S ATTORNEY Shapiro |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY (wts) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4/23 | | | George MacLaughlin — Police det |
| 1 | | | ✓ | | area map |
| 2 | | | | ✓ | Video tapes of traffic det |
| 3 | | | ✓ | ✓ | "    "    "    " |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages