UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10117-RWZ

UNITED STATES OF AMERICA

v.

DARREN FRANKLIN

<u>FINAL STATUS REPORT</u>

October 19, 2004

COHEN, M.J.

A Final Status Conference was held before this court on Tuesday, October 19, 2004, pursuant to the provisions of Local Rule 116.5(A).  Based on that conference, this court enters the following report, to wit:

1.     All discovery is complete, and a motion to suppress (# 21) is pending;[1]

2.     There will be a trial in this case.  The parties estimate that trial will last some 10 trial days;

3.     As of the date of the Final Status Conference, this court finds and concludes that only fourteen (14) days has elapsed on the Speedy Trial clock;

4.     The file is hereby ordered returned to the district judge to whom this case is assigned for further proceedings.

_Lawrence P. Cohen_

_____

---

[1]     By order of this court, the response to that motion is due on or before November 12, 2004.

UNITED STATES MAGISTRATE JUDGE