```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.  04-10117-RWZ |
|  | ) |
| v. | ) VIOLATIONS: |
|  | ) |
| DARREN FRANKLIN, | ) 21 U.S.C. § 841(a)(1) -- |
| a/k/a "D," | )    Possession with Intent to |
|  | )    Distribute and Distribution |
|  | )    Cocaine Base |
|  | ) |
|  | ) 18 U.S.C. § 2 -- |
|  | )    Aiding and Abetting |
|  | ) |
|  | ) 21 U.S.C. § 860(a) - School |
|  | )    Zone Violation |
| Defendant. | ) |
|  | ) 18 U.S.C. § 922(g)(1) -- |
|  | )    Felon in Possession of |
|  | )    Ammunition |

## SECOND SUPERSEDING INDICTMENT

COUNT ONE:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
             Base; 21 U.S.C. § 860(a) -- School Zone Violation)

The Grand Jury charges that:

On or about May 8, 2003, at Boston, in the District of Massachusetts,

**DARREN FRANKLIN, a/k/a "D",**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

The Grand Jury further charges that the offense involved 5 grams or more of a mixture or substance containing a detectable

amount of cocaine base, also known as "crack." Accordingly, 21 U.S.C. § 841(b)(1)(B)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a).

<u>COUNT TWO</u>:      (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
Base; 21 U.S.C. § 860(a) -- School Zone Violation;
18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about July 10, 2003, at Boston, in the District of Massachusetts,

**DARREN FRANKLIN, a/k/a "D",**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT THREE</u>:     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)

The Grand Jury further charges that:

On or about March 12, 2004, at Randolph, in the District of Massachusetts,

**DARREN FRANKLIN, a/k/a "D"**,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

The Grand Jury further charges that the offense involved 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack." Accordingly, 21 U.S.C. §§ 841(b)(1)(B)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT FOUR</u>:     (21 U.S.C. § 841(a)(1) -- Possession of Cocaine
                Base with Intent to Distribute)

The Grand Jury further charges that:

On or about April 15, 2004, at Brockton, in the District of Massachusetts,

**DARREN FRANKLIN, a/k/a "D",**

defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

The Grand Jury further charges that the offense involved 50 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack." Accordingly, 21 U.S.C. §§ 841(b)(1)(A)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FIVE:** (18 U.S.C. § 922(g)(1) -- **Felon in Possession of Ammunition**)

The Grand Jury further charges that:

On or about April 15, 2004, at Brockton, in the District of Massachusetts,

**DARREN FRANKLIN, a/k/a "D",**

defendant herein, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce ammunition, to wit: 125 rounds of Winchester .40 caliber ammunition; 50 rounds of Winchester .380 caliber ammunition; 50 rounds of Winchester .357 caliber ammunition; 50 rounds of Winchester .45 caliber ammunition; 29 rounds of Federal Cartridge Company 9 millimeter ammunition; 20 rounds of Federal Cartridge Company .22 caliber ammunition; 38 rounds of Winchester .38 caliber ammunition; 29 rounds of Eldorado Cartridge Corporation .40 caliber ammunition; 41 rounds of Magtech .40 caliber ammunition; and 6 rounds of Federal Cartridge Company .40 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

**Notice Of Additional Factors**

The Grand Jury further charges that:

1. The defendant is responsible for at least 50, but less than 150, grams of cocaine base, also known as "crack" cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(4) applies to the defendant.

2. With respect to Count One, the defendant is responsible for at least 20, but less than 35, grams of cocaine base, also known as "crack" cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(6) applies to the defendant.

3. With respect to Count Two, the defendant is responsible for at least 1, but less than 2, grams of cocaine base, also known as "crack" cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(11) applies to the defendant.

4. With respect to Count Three, the defendant is responsible for at least 20, but less than 35, grams of cocaine base, also known as "crack" cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(6) applies to the defendant.

5. With respect to Count Four, the defendant is responsible for at least 50, but less than 150, grams of cocaine base, also known as "crack" cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(4) applies to the defendant.

6. At the time that he committed the offenses charged in Counts One through Four, the defendant was at least 18 years old and he had at least two prior felony convictions of either a crime

of violence or a controlled substance offense. Accordingly, U.S.S.G. § 4B1.1 applies to the defendant.

7.   At the time that he committed the offense charged in Count Five, the defendant had three previous convictions for a violent felony or a serious drug offense, or both, committed on occasions different from one another.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: October 28, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

✎JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**        Category No.  II        Investigating Agency   DEA

City    Boston                Related Case Information:

County  Suffolk               Superseding Ind./ Inf.  X         Case No.  04-10117-RWZ
                              Same Defendant  X                 New Defendant _____
                              Magistrate Judge Case Number _____
                              Search Warrant Case Number _____
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Darren Franklin                Juvenile:    ☐ Yes   ■ No

Alias Name       D

Address          159 Pine Grove Drive, Brockton, MA

Birthdate: 1974      SS # _____  Sex: Male   Race: African-American  Nationalit US

**Defense Counsel if known:**   Jonathan Shapiro       Address  90 Canal Street

Bar Number  _____                                            Boston, MA 02114

**U.S. Attorney Information:**

AUSA  Patrick M. Hamilton              Bar Number if  _____

Interpreter     Yes   X  No        List language and/or  _____

Matter to be            Yes  X  No

    Warrant         ☐  Regular            X  In Custody

**Location Status:**

Arrest Date   April 15, 2004

X  Already in Federal _____  in  Plymouth  .
☐  Already in State Custody              Serving Sentence  ☐
☐  On Pretrial   Ordered _____

**Charging**           Complaint   ☐  Information     X

**Total # of**      ☐  Petty         ☐  Misdemeanor   X Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before
    accurately set forth above.

Date  October 28, 2004     Signature of  _____

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by _____

**Name of**   Darren Franklin _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set | 21 USC 841(a)(1) | Distribution of cocaine base | 1, 2 and 3 |
| Set | 21 USC 860(a) | Distribution of cocaine base in a school zone | 1 and 2 |
| Set | 18 USC 2 | Aiding and abetting | 2 |
| Set | 21 USC 841(a)(1) | Possession of cocaine base with intent to distribute | 4 |
| Set | 18 USC 922(g)(1) | Felon-in-possession of ammunition | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL** _____

_____

_____

js45.rworrell.wpd