# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE** |
| **V.** | **NO. 04-10117-RWZ** |
| **DARREN FRANLKIN** | |
| Defendant | |

### NOTICE OF ARRAIGNMENT

Lawrence P. Cohen, M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for ARRAIGNMENT on NOVEMBER 15, 2004 at 11:00 A.M./P.M. before Judge LAWRENCE P. COHEN, MJ in Courtroom # 23 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Please note that the defendant must appear with counsel. If he/she is unable to secure counsel and believes, because of his/her financial condition, that counsel should be appointed, he/she should contact the undersigned at (617) 748-4231.

Also note that the defendant must contact the U.S. Pretrial Services Office at (617) 748-9213 at least 72 hours before the above date.

TONY ANASTAS,
CLERK OF COURT

Date: November 3, 2004                By   /s/ Maria Simeone
                                           Courtroom Deputy

Notice mailed/e-mailed to: all counsel of record