UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 04-10117-RWZ

UNITED STATES OF AMERICA
       Plaintiff

          v.

DARREN FRANKLIN
      Defendant

. . . . . . . . . . . . . .

TRANSCRIPT OF DETENTION HEARING
BEFORE THE HONORABLE LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE
HELD ON APRIL 23, 2004

APPEARANCES:

For the Government:  Patrick M. Hamilton, Esquire, United States
Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA
02210, 617-748-3251.


For the Defendant:  Jonathan Shapiro, Esquire, Stern, Shapiro,
Weissberg & Garin, Suite 500, 90 Canal Street, Boston, MA
02114-2022, 617-742-5800.



Court Reporter:


Proceedings recorded by digital sound recording, transcript
produced by transcription service.

2

## I N D E X

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| George MacLaughlin | 3 | 30 | -- | -- |

| EXHIBITS | DESCRIPTION | IN EVIDENCE |
|---|---|---|
| **Government's:** | | |
| 1 | Map | 7 |
| 2 | Videotape Copy N-20, CC030138 | 17 |
| 3 | Videotape Copy N-24 | 21 |

Direct - MacLaughlin                          3

1          P R O C E E D I N G S

2   (Court is called into session)

3          THE CLERK:  The Honorable Lawrence P. Cohen

4   presiding.  Today is April 23rd, the case of United States V

5   Darren Franklin.  Criminal Action 04-10117, will now be heard

6   before this court.

7          THE COURT:  The matter is set for detention hearing.

8   Are you all set, Mr. Hamilton?

9          MR. HAMILTON:  Yes, your Honor.

10          THE COURT:  Mr. Shapiro?

11          MR. SHAPIRO:  Ready, your Honor.

12          THE COURT:  Are you calling a witness?

13          MR. HAMILTON:  Yes, your Honor.  The government calls

14   task force agent, George Mac Laughlin.

15      (Government witness, George McLaughlin, sworn)

16          THE WITNESS:  Good afternoon, your Honor.

17          THE COURT:  Good afternoon.

18                   DIRECT EXAMINATION

19   BY MR. HAMILTON:

20   Q    Would you state your full name and spell your last name

21   for the record please?

22   A    My name is George MacLaughlin.  It is spelled

23   M-A-C-L-A-U-G-H-L-I-N.

24   Q    How are you employed?

25   A    I'm a Milton police detective currently assigned to the

Direct - MacLaughlin                                    4

1   Drug Enforcement Administration.

2   Q     How long have you been employed by the Milton Police

3   Department?

4   A     Since 1969.

5   Q     How long have you been a detective?

6   A     Since 98, 1988.

7   Q     And how long have you been assigned to the DEA task force?

8   A     Since 1995.

9   Q     The, what's the nature of your assignment with the DEA

10  task force?

11  A     Narcotics investigation.

12  Q     Where is it, focuses any, anywhere in the state?

13  A     Anywhere in New England, actually.

14  Q     And, are you a deputized federal task force agent?

15  A     Yes, I am.

16  Q     Are you familiar with the investigation that gave rise to

17  the indictment pending against Darren Franklin?

18  A     Yes, I am.

19  Q     What was your, did you have a role in that investigation?

20  A     I was the co-case agent.

21  Q     For DEA?

22  A     Yes.

23  Q     Who is the other case agent?

24  A     Task Force Agent Joao Monteiro.

25  Q     Is that spelled J-A, J-O-A-O, the first name Monteiro,

Direct - MacLaughlin                                   5

1   M-O-N-T-E-I-R-O?

2   A    That's his last name.

3   Q    Right.

4   A    His first name is Joao, yes.

5   Q    And could you tell the Court what was the, how long did

6   that investigation take place, over what period of time did

7   that investigation take place?

8   A    From, from the spring of 2003 to the spring of 2004.

9   Q    What agencies were involved in that investigation?

10  A    It was the DEA, the Boston Police, the ATF, state police,

11  Boston Housing police.  That's about it, I guess.

12  Q    The state police and the Boston Housing police, were they

13  involved by virtue of membership in the task force?

14  A    Yes.

15  Q    The Boston police, was there a particular unit of the

16  Boston police department that was involved?

17  A    That would be the Youth Violence Strike Force, commonly

18  referred to as the gang unit.

19  Q    What was the, was there a particular area of the City of

20  Boston that the investigation focused on?

21  A    In the Roxbury section of Boston, a place called Warren

22  Gardens and the surrounding area.

23  Q    Could you tell the Court, roughly, where Warren Gardens is

24  located?

25  A    It's the Warren Street area of Roxbury including Copeland

Direct - MacLaughlin                          6

1  Street.  It's down by the Roxbury Courthouse, Dudley Street,

2  Rockland Street, Fenno Street.

3  Q    Let me do it this way.  I'm going to show you what's been

4  marked for identification as Government's Exhibit 1 and ask if

5  you recognize what this is?

6  A    It's a map of the area commonly referred to as Warren

7  Gardens and the surrounding area.

8  Q    And who was this prepared by to your knowledge?

9  A    I don't know.

10  Q    Okay.  Is it, you're familiar with this area?

11  A    Yes.

12  Q    Does this map fairly and accurately represent the--

13         THE COURT:  Okay, I, Mr. Hamilton, I don't think

14  Mr. Shapiro can see it.

15         MR. HAMILTON:  I understand, I understand.  I'm going

16  to ask more detailed questions, it's just for, I'm just laying

17  foundation.

18  BY MR. HAMILTON:

19  Q    Does this map fairly and accurately reflect the

20  relationship of the streets to one another in that area?

21  A    Yes, it does.

22         MR. HAMILTON:  Your Honor, at this point, the

23  government would ask that this be admitted as Government's

24  Exhibit 1.

25         THE COURT:  Any objection?

Direct - MacLaughlin                                      7

1          MR. SHAPIRO:  No objection.

2          THE COURT:  It'll be received as Government's Exhibit

3    1.

4          (Government Exhibit No. 1, admitted)

5    BY MR. HAMILTON:

6    Q    Using the pointer, could you just, let me turn a little

7    bit so the Court can see it a little bit more.  Can you just

8    show the Court the general location of the Warren Gardens?

9    What does Warren Gardens refer to in this specific, what is

10   Warren Gardens?

11   A    It's a housing complex.

12   Q    Can you show the Court generally where the Warren Gardens

13   housing complex is?

14   Q    This is Warren Street here, your Honor, and this area,

15   Rockland Street, Fenno Street, Walnut, all in here, Kensington

16   Park, that's the area known as Warren Gardens.

17   Q    You mentioned Copeland Street.  Could you show the Court

18   where Copeland Street is?

19   A    Copeland Street runs off of Warren Street, up this way,

20   away from Warren Gardens.

21   Q    What does the pink circle represent on this map?

22   A    As indicated, it says it's a thousand foot buffer for the

23   Little Skobie playground which is on Copeland Street.  This is

24   the playground here.  This is a thousand feet from the center

25   of the playground.

1  Q    Are you familiar with the location of the George Lewis

2  Public School?

3  A    Yes, it's right here on Walnut.

4  Q    And is there a circle of blue, which represents a thousand

5  foot buffer around that school?

6  A    There isn't one, but if you can imagine, it's a thousand

7  feet from the center of that, the Lewis School.

8  Q    Directing your attention to this line here and this line

9  here, are those--

10  A    That would be part of, yes, that would be part of the

11  circumference, yes, that would be a part of the circumference

12  of the thousand-foot circle from the middle of the school

13  property.

14  Q    Were, in addition to the geographical area that you say

15  was the focal point of the investigation, were there any

16  individuals who were the focal points of the investigation?

17  A    Yes, there were, there were two people whose names kept

18  popping up.  There was Steve Williams and Darren Franklin.

19  Q    And why Darren Franklin and Steven Williams?

20  A    They were, the information I had was that they were the

21  middle level suppliers to the street level dealers of the crack

22  cocaine.

23  Q    The, Copeland Street here on this map, I take it, being

24  that it's, all of it's within the pink zone, does that mean

25  that it's within a thousand feet, all Copeland Street is within

1  a thousand feet of the Little Skobie playground on Copeland

2  Street?

3  A    Yes.

4  Q    And, Rockland Street is part of that also in the pink

5  area?

6  A    Yes, it is.

7  Q    And part of it, is part of it also within a thousand feet

8  of the George Lewis school?

9  A    Yes, it is.

10  Q    Directing your attention to Count 2 of the indictment,

11  which charges a substantive distribution of crack cocaine on

12  July 10, 2003, are you familiar with the under, the facts

13  underlying that count of the indictment?

14  A    Yes.

15  Q    Was a controlled purchase of crack cocaine made on that

16  date?

17  A    Yes, it was.

18  Q    By whom?

19  A    A Boston, a Boston police undercover officer.

20  Q    Where did the transaction take place?

21  A    On Rockland Street.

22  Q    Where did the transaction begin?

23  A    On Copeland Street.

24  Q    With whom did the undercover officer have initial contact?

25  A    A person by the name of Roland Worrell?

Direct - MacLaughlin                    10

1   Q    Is that W-O-R-R-E-L-L?

2   A    I believe that's correct.

3   Q    And, do you know if the undercover officer had any, had

4   any prior contact with Roland Worrell?

5   A    Yes, he had.

6   Q    What kind of contact?

7   A    He had made a purchase of crack cocaine from him

8   previously.

9   Q    What was the nature of the contact, or where did the

10  undercover officer encounter Roland Worrell on July 10, 2003?

11  A    On Copeland Street.

12  Q    At approximately what time?

13  A    Around three thirty, quarter of four, I believe.

14  Q    What happened when the undercover officer initially

15  encountered Roland Worrell?

16  A    The UC approached Worrell and told that he was looking to

17  buy some crack cocaine, and they shook hands and Worrell walked

18  towards a dark colored minivan, caravan that was parked on

19  Copeland Street.  Worrell went over to the passenger side

20  window, and talked to the occupants, who, who were later

21  identified as Darren Franklin and Charles, I can't tell you his

22  last name.

23  Q    If you heard the last name, would you remember it?

24  A    Yes.

25  Q    Was it Dickson?

Direct - MacLaughlin                              11

1    A    It was Dickson.

2    Q    I'm sorry, so you said he spoke to the occupants, and

3    what, if anything, did the undercover officer hear what was

4    said?

5    A    The undercover was close enough where he could hear

6    Mr. Franklin tell Worrell, in essence, he didn't want to do any

7    business here, to go over there, and he pointed towards Warren

8    Street, towards Warren Gardens area.

9    Q    What happened after Roland Worrell had a conversation with

10   the occupants of the van?

11   A    He and the undercover officer walked back up Copeland

12   Street.  Mr. Franklin drove his van up Copeland Street towards

13   Warren Street.  The undercover and Worrell crossed the street,

14   through the cut, so called cut, which is a walkway between a

15   couple buildings that lead into Kensington Park.  Worrell and

16   the undercover walked up to Rockland Street where they were

17   waiting.

18   Q    Let me stop you there one second.  This all happened you

19   say around three thirty, quarter of four in the afternoon on

20   July 10th?

21   A    Yes.

22   Q    Directing your attention to prior, to an earlier time, had

23   any surveillance activity taken place prior to three thirty in

24   anticipation of the undercover police activity?

25   A    Yes, it did.

Direct - MacLaughlin                                              12

1   Q    At approximately what time had that surveillance taken

2   place?

3   A    Around two thirty.

4   Q    And, where was that surveillance in particular?  Where did

5   some of that surveillance occur?

6   A    On Copeland Street.  Officers assigned to the Youth

7   Violence Strike Force went into the area of Copeland Street

8   where they observed the van that I just spoke of earlier parked

9   at the curb, and one of the officers talked with Mr. Franklin,

10  asked him if it was, if that was his van.  He was out of the

11  car at the time.  He asked him if it was his van.  At first he

12  said, no, it wasn't his van, but then he recanted and said, yes

13  it is his van.  And the officer asked if he could look in the

14  van.  Mr. Franklin said, go ahead.  The officer asked

15  Mr. Franklin if he's going to find anything in there, and

16  Franklin told him, yes, you're going to find three grand over

17  the, $3,000 over the visor.  So the officer went and looked in

18  the van, and found $3,000 over the visor, left it there, came

19  back over to Mr. Franklin and asked him where he got the money.

20  Mr. Franklin replied that he had saved it.

21  Q    And this occurred around what time did you say?

22  A    Around two thirty as I recall.

23  Q    Taking you back then to, I'm sorry, you said that the

24  undercover, why don't you use the pointer and show the Court on

25  this map roughly where the initial encounter took place on

1   Copeland Street and where the undercover and Roland Worrell

2   then proceeded.

3   A    The initial encounter took place right on the corner here,

4   your Honor, Copeland and Warren, just a little ways in on

5   Copeland Street.  And, after the deal had been set, the

6   undercover and Worrell walked across Warren through the cut

7   which is about here, actually it's down here a little bit, over

8   to Rockland Street where they waited right here, down at the

9   corner of Rockland Street.

10  Q    Thank you.  If you'd take your seat again.  And, what, if

11  anything, happened when they got to Rockland Street?

12  A    While they were waiting, Mr. Worrell spoke to a person, an

13  unidentified person and asked him if he had seen D's van.  That

14  individual replied, no, that he had not seen the van, and just

15  shortly after that, the same van that was on Copeland Street

16  that the undercover had seen on Copeland Street arrived on

17  Rockland Street.

18  Q    What happened when the van arrived on Rockland Street?

19  A    It pulled to the curb in front of Mr. Worrell and the

20  undercover and Worrell went over to the passenger side window,

21  and was talking to the occupants, the same occupants that he

22  had seen before, the undercover had seen before.  The

23  undercover saw Mr. Franklin produce a plastic bag, hand it to

24  Charles Austin, who in turn handed the same bag to Mr. Worrell.

25  Q    You said Charles Austin, would that be the name--

1  A    Charles Austin.

2  Q    -- I'm sorry.

3  A    Charles Austin.

4  Q    Would that be the name of a Channel 4 reporter, was it

5  Charles Austin, or Charles Dickson?

6  A    Dickson, I'm sorry.

7  Q    No problem.

8  A    Very confusing, you know.

9  Q    The, you say, who was in the driver's seat?

10  A    Darren Franklin.

11  Q    Who was in the passenger seat?

12  A    I'm having trouble with that name.  Charles--

13  Q    All right, we'll leave it at Charles

14  A    -- Dickson, Charles Dickson.

15  Q    We'll leave it at Charles.

16  A    All right.

17  Q    You say that Mr. Franklin handed a package to Mr., to

18  Charles, and Charles handed the package to Mr. Worrell?

19  A    Right.

20  Q    And then what happened?

21  A    Worrell reached in the bag, took out a quantity of crack

22  cocaine, handed it to the UC.  The UC handed Worrell money.

23  Worrell then opened the slider door of the van, got in the back

24  seat, and just before they drove away, as they were beginning

25  to move, the UC was close enough to see Mr. Franklin reach over

Direct - MacLaughlin                                                15

1   his shoulder and take money from Worrell.

2   Q    What did the, as to the van departed the area, what did

3   the undercover do?

4   A    He walked over through, back through the cut and over to

5   the bus stop where he was going to get a bus.

6   Q    Did he make any observations while he was waiting for the

7   bus?

8   A    As he was waiting there, he observed the same van that

9   Mr. Franklin was driving, come around twice.  He saw the van

10  twice before he was able to get on the bus.

11  Q    The quantity, the crack cocaine that was purchased by the

12  undercover on that occasion, has it been analyzed?

13  A    I don't know that.

14  Q    Do you know if there's, if a net weight has been

15  established for the crack cocaine?

16  A    Yes.

17  Q    Roughly how much?

18  A    1.3 grams.

19  Q    You mentioned that Darren Franklin had been spoken to or

20  identified by surveillance officer at about 2:30.  Did the

21  undercover officer make any identification of the driver and

22  the passenger in the van?

23  A    Yes, he did.  After, after he met with us, he did say, the

24  Boston police maintain a three-ring binder with photographs of

25  individuals who frequent the area, and the undercover

Direct - MacLaughlin                    16

1    identified Mr. Franklin as the person who was driving the van.

2    Q    And did he also identify the passenger?

3    A    Yes, he did.

4    Q    Did he also identify Roland Worrell?

5    A    Yes, he did.

6    Q    Were any videotapes, surveillance videotapes taken during

7    the course of this investigation?

8    A    Yes, there were.

9    Q    Were any videotapes taken of the July 10 purchase of the

10   crack cocaine by the undercover on Rockland Street?

11   A    No.

12   Q    Why not?

13   A    It's virtually impossible to set up a surveillance

14   vehicle, or camera in there.  It's just, it's just, you'd,

15   you'd, you'd be compromised.  It just doesn't work in there.

16   Q    When do you know, when the undercover arrived on Copeland

17   Street on the morning of July 10th, did he also have any idea

18   that he was going to be directed to Rockland Street?

19   A    I'm sorry?

20   Q    When the undercover arrived on Copeland Street on the, on

21   July 10th around 3:30, 3:45, did he have any idea whether he was

22   going to do a deal there or on Rockland Street?

23   A    No.

24   Q    Were there any videotape taken of the portion of the deal

25   that took place on Copeland Street?

Direct - MacLaughlin                                    17

1   A    Yes, there was.

2   Q    I'm going to show you what's been marked for

3   identification as Government's Exhibit 2 and ask you if you

4   recognize that?

5   A    Yes.  It's a copy of videotape marked N-20, for case

6   number CC030138, and it's dated 7/10/03.

7   Q    Is that a copy of the original videotape?

8   A    Yes.

9   Q    To your knowledge, is this copy a fair and accurate copy

10  of the original?

11  A    Yes.

12  Q    And to your knowledge, did the original contain a fair

13  depiction of events that occurred on Copeland Street on July

14  10, 2003?

15  A    Yes, it does.

16       MR. HAMILTON:  Your Honor, at this point, the

17  government would ask that this be admitted as Government's

18  Exhibit 2.

19       THE COURT:  Any objection?

20       MR. SHAPIRO:  No objection.

21       THE COURT:  Be admitted as Government's Exhibit 2.

22       (Government Exhibit No. 2, admitted)

23       MR. HAMILTON:  Your Honor, the Government has cued

24  up, it's just a short portion of what the government is

25  interested in playing, obviously, the defendant's free to play

1  and view any of it.

2            THE COURT:  No problem.  Hit the lights a little bit,

3  I guess, for, Mr. Shapiro, can you see if from there?

4            MR. SHAPIRO:  I think I'll just move up.

5            MR. HAMILTON:  Can I ask the witness, can you still

6  see it, from where you are, more or less?

7            THE WITNESS:  Yes.

8            MR. HAMILTON:  Let's see.  Let's see if you can see

9  it.

10           MR. SHAPIRO:  Can you see it?

11           THE WITNESS:  Yes, I can see it.

12  (Videotape played for Court)

13  BY MR. HAMILTON:

14  Q    Can you narrate?  Can you tell what's happening here?

15  A    Sure, this, this individual here is the undercover

16  officer.  He's just arriving on Copeland Street.  This is

17  Warren Street here, up here is Warren Gardens.  This is Roland

18  Worrell saying hello.  The undercover is telling Worrell that

19  he wants to buy some crack.  He's got a certain amount of money

20  to spend.  Worrell is walking him down Copeland Street towards

21  the playground, in the direction of the playground.  Here's

22  Mr. Franklin's van, with two people in it.  Worrell is talking

23  to the occupants.  The UC is close enough here that he says he

24  can hear what they're saying.  In essence, the driver,

25  Mr. Franklin, tells Worrell, we don't want to do it here, take

Direct - MacLaughlin                                                19

1    him over there.

2    Q    Is this videotape taken from a fixed location on Copeland

3    Street?

4    A    Yes, it is.  It's true.  Now Worrell, Worrell is walking

5    away from the Franklin van.  The UC is getting up off the

6    stairs and then walking back up Copeland Street towards Warren

7    Street.  The Franklin van, the Franklin van is, is driving away

8    up Copeland Street towards Warren.  You can see Mr. Worrell and

9    the UC turning kind of right onto Warren Street and they're

10   heading towards the cut, which is across Warren Street over by

11   Warren Garden.

12        MR. HAMILTON:  With the Court's permission, I'm going

13   to now try to fast forward.

14   BY MR. HAMILTON:

15   Q    Is it's fair to say that's the only, there, the undercover

16   doesn't appear any further on this video, as far as you know?

17   A    No.

18   Q    Roughly where, while I'm fast-forwarding the film, while

19   it's still on, can you show roughly where the bus stop would be

20   that the undercover went to.

21   A    To get to the bus stop from what you're looking at here,

22   you'd have to go up Copeland Street, across Warren Street, and

23   it's, it would be down this way a little bit, towards that part

24   of town.

25   Q    You said that the undercover saw the Franklin van do a

Direct - MacLaughlin                                        20

1  couple of loops through the area after the deal?

2  A    That's correct.

3  Q    Directing your attention to what's just arriving on the

4  scene at about 3:49, in a cab?

5  A    That's the Franklin van coming up Copeland Street,

6  stopping at the stop sign at Warren Street.

7  Q    It's fair to say some of these--

8  A    Whoever was operating the camera was trying to zoom in on

9  the license plate of the car.

10 Q    And is it fair to say they're doing this by remote

11 control?

12 A    Yes.

13        MR. HAMILTON:  Thank you.  I'm not, I'm not going to

14 use this tape any further, your Honor.

15        I would like to show the witness one other tape to

16 identify, move it in, and I guess I would need the lights

17 lowered one more time.

18 BY MR. HAMILTON:

19 Q    To your knowledge, after an undercover went in for this

20 transaction, did the same or another undercover go into the

21 area again later on that day, to do another undercover deal?

22 A    Yes.

23 Q    And was there more surveillance videotape on Copeland

24 Street that afternoon?

25 A    Yes, there was.

Direct - MacLaughlin

21

1   Q    I'll show you what's been marked for identification as

2   Government's Exhibit 3 and ask if you recognize it?

3   A    Yes, it's a videotape marked N-24 with the date of

4   7/10/03.

5   Q    Is that another copy of an original?

6   A    Yes.

7   Q    Is the copy a fair and accurate copy of the original?

8   A    Yes, it is.

9   Q    And to your knowledge, does the original contain a fair

10  depiction of the events, events on the afternoon of April, of

11  July 10, 2003 on Copeland Street?

12  A    Yes, it does.

13          THE COURT:  Have you offered it yet?

14          MR. HAMILTON:  Yes, your Honor.  May I offer this as

15  Government's Exhibit 3?

16          THE COURT:  Any objection?

17          MR. SHAPIRO:  No objection.

18          THE COURT:  It'll be received as Government's Exhibit

19  3.

20      (Government Exhibit No. 3, admitted)

21          MR. HAMILTON:  Thank you, your Honor.  Once again,

22  I've cued it up, your Honor.  If your Honor wants to lower

23  those lights briefly.

24          THE COURT:  Not me.  Whoa, turn them up a little.

25  (Videotape played for Court)

Direct - MacLaughlin                                           22

1   BY MR. HAMILTON:

2   Q    What's appearing on the--

3   A    What you see here is the Franklin van pulling up in front

4   of the, on Copeland Street, I think it's number 12, where

5   you'll see a group of individuals sitting on the stairs

6   Q    This is later that same day, correct?

7   A    Around 4:30.

8   Q    Is the time on the video a little bit different than the

9   time on the surveillance reports, as far as you know?

10  A    Yes.  The time on the video is not exactly the same as the

11  time of the people who were in different cars looking at

12  different clocks, different watches with them.  This individual

13  here is identified as Darren Franklin, who just got out of that

14  van.

15  Q    Do you see the people across the street, walking across

16  the street now?

17  A    Yes.  There's people going over to greet him.  The only

18  one I know here is Darren Franklin.

19  Q    And if you continued, well, what's going on here?

20  A    It looks like he's giving out T-shirts, or doing some

21  business with T-shirts.

22          MR. HAMILTON:  Thank you, your Honor.

23          THE WITNESS:  Thank you.

24          MR. SHAPIRO:  He's not charged with that?

25          THE COURT:  T-shirts.  No.

Direct - MacLaughlin

23

1          MR. HAMILTON:   I'm waiting to see if we can

2    establish his travel in the interstate--

3    BY MR. HAMILTON:

4    Q    Directing your attention to when the defendant was

5    arrested on these, on the current charges, do you recall the

6    date of his arrest?

7    A    April 15th.

8    Q    And where was he arrested?

9    A    In Brockton.

10   Q    At?

11   A    At his girlfriend's house.

12   Q    Were you present?

13   A    Yes.

14   Q    Was any surveillance conducted at that location prior to

15   his arrest?

16   A    Yes.  We established surveillance there probably about

17   9:30, 10:00 at night on the 14th.

18   Q    During the course of that surveillance preceding his

19   arrest, was Mr. Franklin observed on any occasions?

20   A    Yes, twice.  Once about 10:30 or 11:00, he came out of the

21   house and got into a white vehicle with another individual and

22   they drove into Brockton.  We lost contact with them, so we

23   returned to the apartment, and about twenty minutes later, that

24   same car came back.  He got out of the white car and went into

25   the house.  Sometime later that morning, around 1:30, he was

Direct - MacLaughlin

24

1  observed coming out of the apartment with a shopping bag,

2  which he took to the blue Taurus that we've seen him driving

3  many times.  He placed the bag in the trunk.  He then went

4  inside the car, turned the interior lights on for a short time,

5  got out of the car and went back into the house.

6  Q    The blue Taurus that you said you saw him, that he'd been

7  seen driving on multiple occasions, to your knowledge, in whose

8  name is that vehicle registered?

9  A    Emily Franklin.

10  Q    Is that his mother's name?

11  A    As I understand it, yes.

12  Q    To your knowledge, is he listed on the insurance?

13  A    I haven't seen it, but he says he is.

14  Q    And, you say he's been seen driving that vehicle on,

15  several occasions during the course of the surveil, the course

16  of the investigation?

17  A    That's correct.

18  Q    To your knowledge, has his mother been seen driving that

19  car?

20  A    No.

21  Q    So he went back in at around 1:30, or came out at 1:30,

22  put the stuff in the trunk and went back in?

23  A    That's correct.

24  Q    And roughly what time was he arrested?

25  A    Some, somewhere between 4:30 and 5:15 as I recall.