UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                     )
UNITED STATES        )
                     )
v.                   )        NO. 04-10117-RWZ
                     )
DARREN FRANKLIN      )
_____)
```

**DEFENDANT'S MOTION FOR LEAVE TO FILE
<u>REPLY MEMORANDUM AND SUPPLEMENTAL AFFIDAVIT</u>**

Defendant, by his attorney, hereby moves this Court for leave to file a reply to the government's opposition to defendant's motion to suppress evidence and a supplemental affidavit of defendant.

Respectfully submitted,

/s/ *Jonathan Shapiro*
Jonathan Shapiro
BBO No. 454220
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

January 7, 2005