```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

_____
UNITED STATES OF AMERICA  )
                          )
                          )
        v.                )       No.04-10117-RWZ
                          )
DARREN FRANKLIN           )
_____)


### SUPPLEMENTAL AFFIDAVIT OF DEFENDANT

   I, Darren Franklin, make the following statement under the pains and penalties of perjury:

   1.  I am the defendant in the above-entitled case, and I make this supplemental affidavit in support of Defendant's Motion to Suppress Evidence.  This affidavit is based upon my personal knowledge of the facts and circumstances set forth herein.

   2.  After I was arrested in the early morning hours of April 15, 2004, one of the police officers asked me what I was doing when I came down to my car during the night.  I did not tell the officer, as he claimed, that there was a "little weed" in a bag in the trunk of my car.  I did tell him that I had come down to my car during the night to smoke some "weed" because my girlfriend would not let me do it in the apartment.  I told him that the bag I had put in the trunk contained my sneakers.

   3.  When the officer asked me if I would consent to a search of the car, I said that I would not consent.  The officer then said that they could have the car towed until they got a search warrant. At that point, I said: "Do what you got to do."  I

never said that he could search the car.

    4.  I never told the officer that I had put the marijuana in the car because I "knew the cops were coming."  If I had known the cops were coming I would never have waited around.

    Sworn to and subscribed this ___ day of <u>January</u>, 2004.


                                      <u>*s/Darren Franklin</u>
                                      Darren Franklin

\*  A SIGNED AFFIDAVIT WILL BE SUBSTITUTED AT OR PRIOR TO HEARING ON MOTION.