UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                           )
UNITED STATES              )
                           )
v.                         )          NO. 04-10117-RWZ
                           )
DARREN FRANKLIN            )
_____)

**DEFENDANT'S MOTION FOR LEAVE TO FILE THE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS LATE**

Defendant, by his attorney, hereby moves this Court for leave to file the Supplemental Memorandum in Support of Defendant's Motion to Suppress, which was due by the close of business on February 3, 2005, on the morning of February 4, 2005. The government will not be prejudiced by this brief delay.

                                    Respectfully submitted,

                                    /s/ Jonathan Shapiro
                                    Jonathan Shapiro
                                    BBO No. 454220
                                    Stern, Shapiro, Weissberg
                                     & Garin, LLP
                                    90 Canal Street, Suite 500
                                    Boston, MA 02114-2022
                                    (617) 742-5800

February 4, 2005