```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

```
_____
                      )
UNITED STATES         )
                      )
v.                    )       NO. 04-10117-RWZ
                      )
DARREN FRANKLIN       )
_____)
```

## DEFENDANT'S MOTION TO CONTINUE HEARING
## ON MOTION TO SUPPRESS

Defendant, by his attorney, hereby moves this Court to continue the hearing on defendant's motion to suppress evidence, presently scheduled for November 3, 2005, for the following reasons:

1. The undersigned is presently on trial in Suffolk Superior Court in the first degree murder case of Commonwealth v. John Powell, No. 11199. The trial began on September 16, 2005, and is not expected to conclude before November 4, 2005, at the earliest.

2. The undersigned has conferred with Assistant U.S. Attorney Patrick Hamilton and has determined that both parties are available on the following dates: November 15, 17, 18, 21 and 22 (until 3 p.m.).

>Respectfully submitted,
>/s/ *Jonathan Shapiro*
>Jonathan Shapiro
>BBO No. 454220
>Stern, Shapiro, Weissberg
> & Garin, LLP
>90 Canal Street, Suite 500
>Boston, MA 02114-2022
>(617) 742-5800

Dated: October 24, 2005

G:\SSWG\FRANKLIN, D\continuesuppress.mot.wpd