✎AO 458 (Rev.  USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF                    MASSACHUSETTS

United States of America

v.                                          **APPEARANCE**

Darren Franklin

Case Number:    04-10117-RWZ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America.

I certify that I am admitted to practice in this court.

November 18, 2005
Date

/s/ Sabita Singh
Signature

Sabita Singh                                    560146
Print Name                                    Bar Number

1 Courthouse Way, Suite 9200
Address

Boston                          MA        02210
City                            State        Zip Code

(617) 748-3686              (617) 748-3954
Phone Number                                    Fax Number