UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** )<br>)<br>**v.** )    Crim. No. 04-10117-RWZ<br>)<br>**DARREN FRANKLIN** ) | |

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby provides notice of his appearance in the above-captioned matter.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                     By:    /s/ Aloke Chakravarty
                          ALOKE CHAKRAVARTY
                          Assistant U.S. Attorney
                          1 Courthouse Way, Suite 9200
                          Boston, MA 02210
                          BBO# 637288
                          617-748-3658

DATED: March 10, 2006

## CERTIFICATE OF SERVICE

     I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 10, 2006.

                                        /s/ Aloke Chakravarty
                                        ALOKE CHAKRAVARTY
                                        ASSISTANT UNITED STATES ATTORNEY