UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10117-RWZ |
| | ) | |
| DARREN FRANKLIN | ) | |

GOVERNMENT'S WITNESS AND EXHIBIT LIST

The government may call the following witnesses and seek to introduce the following evidence at trial in its case-in-chief.

Witnesses

Special Agent Philip Ball, ATF

Special Agent Mike Barbuti, DEA

P.O. Adolpho Brito, Boston Police Department

P.O. Darrin Brown, Boston Police Department

P.O. Greg Brown, Boston Police Department

Sgt. Det. Eric Bulman, Boston Police Department

Det. Brian Cohoon, Metro Star SWAT Team

P.O. Timothy Cohoon, Metro Star SWAT Team

Special Agent Michael Cashman, DEA

Sgt. Martin Conley, Massachusetts State Police

P.O. John Conroy, Boston Police Department

Special Agent Tom Crowley, ATF

P.O. Sean Doherty, Boston Police Department

Task Force Agent Trish DziaDosz, DEA

P.O. Ed Figuroa, Boston Police Department

Det. Robert Fratalia, Boston Police Department

Task Force Agent Grenham, DEA

Lt. John Hamelburg, Randolph Police Department

Fania Hemingway [address withheld but government will contact witness at request of defense]

P.O. Keith Israel, Boston Police Department

P.O. Craig Jones, Boston Police Department

P.O. Sean Joyce, Boston Police Department

Vincent Leo, Engineer, City of Boston

Task Force Agent George MacLaughlin, DEA

P.O. Vance Mills, Boston Police Department

Task Force Agent Joao Monteiro, DEA

Special Agent Brian Oppedisano, ATF

Special Agent Mike Oppenheim, ATF

Special Agent Matthew O'Shaunessey, ATF

O'Toole, DEA Task Force

Det. Earl Perkins, Boston Police Department

Kathleen J. Pfeiffer, Forensic Chemist, DEA

P.O. Richard Rabb, Boston Police Department

Task Force Agent Junior Rentas, DEA

Special Agent L.D. Russell, DEA

John Sheehan, Engineer, City of Boston

Cynthia Slayton [address withheld but government will contact witness at request of defense]

P.O. Smith, Randolph Police Department

Det. Lt. Arthur Sullivan, Randolph Police Department

David M. Thornell, Forensic Chemist, DEA

Special Agent Tony Thurman, ATF

Task Force Agent Tinker, DEA

Cindy Vitale, Forensic Chemist, DEA

Det. Frederick Waggett, Boston Police Department

Florence Wong, Forensic Chemist, DEA

Roland Worrell [address withheld but government will contact witness at request of defense]

<u>Exhibits</u>

Gov. Exh. 1    Map of Warren Gardens area of Roxbury, MA

Gov. Exh. 2    Cassette tape of telephone calls dated 05/08/2003

Gov. Exh. 3    Cassette tape of recorded conversations dated 05/08/2003

Gov. Exh. 4    Plastic bag of crack cocaine seized on 05/08/2003

Gov. Exh. 5    Report of analysis of crack cocaine seized on 05/08/2003

Gov. Exh. 6    Cassette tape of recorded conversations dated 07/10/2003

Gov. Exh. 7    Video tape of surveillance (Copeland Street/3PM+)  dated 07/10/2003

Gov. Exh. 8    Videotape of surveillance (Warren Street) dated 07/10/2003

Gov. Exh. 9    Plastic bag of crack cocaine seized on 07/10/2003

Gov. Exh. 10   Report of analysis of crack cocaine seized on 07/10/2003

Gov. Exh. 11   Videotape of surveillance (Copeland Street/4PM+) dated 07/10/2003

Gov. Exh. 12   Map of School Zone around George A. Lewis Middle School

Gov. Exh. 13   Cassette tape of telephone calls dated 03/12/2004

Gov. Exh. 14   Cassette tape of recorded conversations dated 03/12/2004

Gov. Exh. 15   Videotape of surveillance dated 03/12/2004

Gov. Exh. 16   Plastic bag of crack cocaine seized on 03/12/2004

Gov. Exh. 17   Report of analysis of crack cocaine seized on 03/12/2004

Gov. Exh. 18   Aerial photograph of Pine Grove Drive area of Brockton, MA

Gov. Exh. 19   Group Exhibit of photographs taken at Pine Grove Drive area on 04/14-15/2004

Gov. Exh. 20   Nike shoe box and blue Gillette bag seized on 04/15/2004

Gov. Exh. 21   Cocaine seized from trunk of car on 04/15/2004

Gov. Exh. 22   Report of analysis of cocaine seized from trunk of car on 04/15/2004

Gov. Exh. 23   Marijuana seized from trunk of car on 04/15/2004

Gov. Exh. 24   Report of analysis of marijuana seized from trunk of car on 04/15/2004

Gov. Exh. 25   Bag containing boxes of ammunition seized on 04/15/2004

Gov. Exh. 26   Group Exhibit of certified copies of convictions (11/10/93 through 07/30/99)

Gov. Exh. 27   Stipulations

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

By:   /s/ Sabita Singh
      SABITA SINGH
      ALOKE CHAKRAVARTY
      Assistant U.S. Attorneys
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
      (617) 748-3100

**CERTIFICATE OF SERVICE**

      I, Sabita Singh, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

                                              /s/ Sabita Singh
                                              SABITA SINGH
                                              Assistant U.S. Attorney