```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                      )
UNITED STATES         )
                      )
v.                    )        NO. 04-10117-RWZ
                      )
DARREN FRANKLIN       )
_____)
```

## MOTION FOR PROTECTIVE ORDER

The undersigned counsel for defendant in the above case hereby moves this Court to enter a protective order holding him for trial in the above case to begin on March 20, 2006, for a period of two to three weeks, with this Order to take precedence over all other matters in which the undersigned is or may be involved.

```
                          Respectfully submitted,
                          /s/ Jonathan Shapiro
                          Jonathan Shapiro
                          BBO No. 454220
                          Stern, Shapiro, Weissberg
                           & Garin, LLP
                          90 Canal Street, Suite 500
                          Boston, MA 02114-2022
                          (617) 742-5800
```

Dated: March 15, 2006

G:\SSWG\FRANKLIN, D\motion for protective order.wpd