```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


_____
                      )
UNITED STATES         )
                      )
v.                    )         NO. 04-10117-RWZ
                      )
DARREN FRANKLIN       )
_____)
```

### [PROPOSED] ORDER

The Court orders that Attorney Jonathan Shapiro be held for trial in the above-captioned matter for a period of two to three weeks beginning on March 20, 2006. This Order shall take precedence over all other matters in which Attorney Shapiro is or may become involved.

```
                              _____
                              Rya W. Zobel
                              United States District Judge
```

Dated: March    , 2006