UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


_____  )
                                )
UNITED STATES OF AMERICA        )
                                )
v.                              )          Cr. No. 04-10117-ROZ
                                )
DARREN FRANKLIN                 )
_____  )


### DEFENDANT'S MOTION FOR AUTHORIZATION
### OF ADDITIONAL FUNDS FOR EXPERT

Defendant Darren Franklin, by his attorney, hereby moves this Court to authorize additional funds in the amount of $125.00 to pay Harvey M. Cohen, Ph. D., an expert chemist, for services rendered in reviewing laboratory data and examining and weighing drug evidence.  As grounds therefor, defendant states as follows:

1.  On March 31, 2006, this Court authorized defendant to incur expenses not to exceed $2,500.00, at a rate of $250.00 per hour, for Dr. Cohen to review laboratory data and weigh the government's drug evidence.

2.  Dr. Cohen actually spent 10.5 hours providing the above-described services and has billed defendant for a total of $2,625.00.  A copy of Dr. Cohen's bill is attached hereto as Exhibit A.

WHEREFORE, defendant prays that this Court authorize an additional $125.00 to pay Dr. Cohen.

DARREN FRANKLIN
By his Attorney,

/s/ *Jonathan Shapiro*
Jonathan Shapiro
BBO No. 454220
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Date: June 2, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on  6/2/06 .

/s/ *Jonathan Shapiro*

G:\SSWG\FRANKLIN, D\motion for additional funds.wpd