# Exhibit A

**CAMBRIDGE TECHNICAL ASSOCIATES**
TECHNICAL EXPERT SERVICES

---

HARVEY M. COHEN, PH.D., DIRECTOR
E-Mail  harveycohen@alum.mit.edu

50 HANCOCK ROAD • P.O. BOX 920113
NEEDHAM, MASSACHUSETTS 02492
TELEPHONE: (781) 449-4335 • 449-8380
FAX: (781) 449-1539

May 18, 2006

Jonathan Shapiro, Esquire
Stern Shapiro Weissberg & Garin
90 Canal Street
Boston       MA 02114-2022

Re:   U.S. v. Darren Franklin
      Our File: 06-4-2

For Professional Services
Harvey M. Cohen, Ph,D.
April 12-May 15, 2006

Discussions with Atty. Jonathan Shapiro. Preparation of draft affidavit. Review of Laboratory data and analyses regarding Exhibits in above matter. Visit to DEA Offices at JFK Building for examination and weighing of evidence (May 15). Brief discussion with Atty. Shapiro. Preparation of report of May 19.

Total Time Charges:  10.5 hours @ $250           $2625.00

PAYMENT: Please make check payable to Harvey M. Cohen, Ph.D.

TERMS: Net, 10 days. Interest (1.5%/month from date of invoice) after 30 days.

Thank You