UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10117-RWZ |
| | ) | |
| **DARREN FRANKLIN,** | ) | |
|     Defendant | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Zobel, J.) June 8, 2006 Memorandum of Decision (docketed on June 8, 2006), which order granted the motion to dismiss of the defendant Darren Franklin and dismissed the indictment against him.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Sabita Singh
       Sabita Singh
       Aloke Chakravarty
       Assistant U.S. Attorneys

### Certificate of Service

I hereby certify that on June 14, 2006, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Sabita Singh
Sabita Singh
Assistant U.S. Attorney