APPEAL, MAG

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10117-RWZ-ALL

Case title: USA v. Franklin et al          Date Filed: 04/14/2004

Assigned to: Judge Rya W. Zobel

### Defendant

**Darren Franklin** (1)  represented by **Jonathan Shapiro**
*also known as*                             Stern, Shapiro, Weissberg &
D. (1)                                      Garin
                                            Suite 500
                                            90 Canal Street
                                            Boston, MA 02114-2022
                                            617-742-5800
                                            Fax: 617-742-5858
                                            Email: jshapiro@sswg.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*
                                            *Designation: CJA Appointment*

### Pending Counts                         ### Disposition

21:841 Distribution of Cocaine
Base
(1)

21:841(a)(1) Dist of Cocaine
Base; 21:860(a) School Zone
Violation
(1s)

21:841(a)(1) Distribution of
Cocaine Base; 21:860(a) School
Zone Violation
(1ss)

21:841(a)(1) Distribution of
Cocaine Bse; 21:860 School Zone
Violation; 18:2 Aiding and

Abetting
(2)

21:841(a)(1) Distribution of Cocaine Base; 21:860(a) School Zone Violation 18:2 Aiding and Abetting
(2s)

21:841(a)(1) Distribution of Cocaine Base; 21:860(a) School Zone Violation; 18:2 Aiding and Abetting
(2ss)

21:841(a)(1) Distributionof Cocaine Base
(3)

21:841(a)(1) Distribution of Cocaine Base
(3s)

21:841(a)(1) Distribution of Cocaine Base
(3ss)

21:841(a)(1) Possession of Cocaine Base with Intent to Distribute
(4s)

21:841(a)(1) Possession of Cocaine Base With Intent to Distribute
(4ss)

18:922(g)(1) Felon in Possession of Ammunition
(5s)

18:922(g)(1) Felon in Possession of Ammunition
(5ss)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Rya W. Zobel

**Defendant**

**Roland Worrell** (2)
*also known as*
Kareem Worrell (2)

represented by **Catherine K. Byrne**
Federal Defender's Office
District of Massachusetts
408 Atlantic Ave.
Third Floor
Suite 328
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: catherine_byrne@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) Distributionof Cocaine Bse; 21:860 School Zone Violation; 18:2 Aiding and Abetting (2) | |
| 21:841(a)(1) Distribution of Cocaine Base; 21:860(a) School Zone Violation 18:2 Aiding and | |

Abetting
(2s)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                              **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                     **Disposition**

None

---

**Plaintiff**

USA                                     represented by  **Patrick M. Hamilton**
                                                        United States Attorney's Office
                                                        John Joseph Moakley Federal Courthouse
                                                        1 Courthouse Way
                                                        Suite 9200
                                                        Boston, MA 02210
                                                        617-748-3251
                                                        Fax: 617-748-3965
                                                        Email: patrick.hamilton@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Sabita Singh**
                                                        United States Attorney's Office
                                                        United States Courthouse
                                                        1 Courthouse Way, Suite 9200
                                                        Boston, MA 02210
                                                        617-748-3686
                                                        Fax: 617-748-3954

Email: sabita.singh@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aloke Chakravarty**
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210
617-748-3658
Fax: 617-748-3664
Email:
Aloke.Chakravarty@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2004 | 1 | SEALED INDICTMENT as to Darren Franklin (1) count(s) 1, 2, 3, Roland Worrell (2) count(s) 2. (Gawlik, Cathy) (Entered: 04/14/2004) |
| 04/14/2004 |  | Arrest Warrant Issued as to Darren Franklin. (Gawlik, Cathy) (Entered: 04/14/2004) |
| 04/14/2004 |  | Judge Rya W. Zobel : ORDER entered ORDER REFERRING CASE to Magistrate Judge Lawrence P. Cohen Reason for referral: pretrial proceedings as to Darren Franklin, Roland Worrell (Gawlik, Cathy) (Entered: 04/14/2004) |
| 04/15/2004 | 2 | MOTION to Unseal Case as to Darren Franklin, Roland Worrell by USA. (Smith3, Dianne) (Entered: 04/15/2004) |
| 04/15/2004 |  | Judge Lawrence P. Cohen : Endorsement on motion ORDER entered granting [2] Motion to Unseal Case as to Darren Franklin (1), Roland Worrell (2) (Smith3, Dianne) (Entered: 04/15/2004) |
| 04/15/2004 | 3 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Darren Franklin (Johnson, Jay) (Entered: 04/15/2004) |
| 04/15/2004 |  | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Initial Appearance as to Darren Franklin held on 4/15/2004; Patrick Hamilton for Govt; no counsel for deft; deft fills out financial affidavit; Deft is read his charges; Govt states maximum penalties; deft is read his rights and sworn in; deft is questioned by the court; deft is remanded to |

| | | |
|---|---|---|
| | | custody pending arr/detention hearing. Arraignment/Detention Hearing as to both defts set for 4/20/2004 03:15 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 04/15/2004) |
| 04/15/2004 | | Set arraignment/detention Hearings as to Darren Franklin, Roland Worrell : Arraignment set for 4/20/2004 03:15 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. Detention Hearing set for 4/20/2004 03:15 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 04/15/2004) |
| 04/15/2004 | 4 | CJA 23 Financial Affidavit by Darren Franklin (Simeone, Maria) (Entered: 04/16/2004) |
| 04/16/2004 | 5 | Judge Lawrence P. Cohen : ORDER entered CJA 20 as to Darren Franklin : Appointment of Attorney Jonathan Shapiro for Darren Franklin. (Simeone, Maria) (Entered: 04/20/2004) |
| 04/16/2004 | 6 | Arrest Warrant Returned Executed on 4/15/04. as to Darren Franklin. (Johnson, Jay) (Entered: 04/20/2004) |
| 04/20/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Arraignment as to Darren Franklin (1) Count 1,2,3 and Roland Worrell (2) Count 2 held on 4/20/2004, Detention Hearing as to Darren Franklin held on 4/20/2004; Patrick Hamilton for Govt; Cathy Byrne for R.Worrell; J.Shapiro for D. Franklin; defts are arraigned both plea not guilty; defense moves for more time; detention hearing continued to Friday @2:30pm as to Darren Franklin; Initial status conference set for 6/1/04 @ 11:00. (Court Reporter digital.) (Simeone, Maria) (Entered: 04/21/2004) |
| 04/20/2004 | | Set detention Hearing as to Darren Franklin: Detention Hearing set for 4/23/2004 02:30 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. Status Conference as to Darren Franklin and Roland Worrell set for 6/1/2004 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 04/21/2004) |
| 04/21/2004 | 7 | Judge Lawrence P. Cohen : ORDER entered INITIAL SCHEDULING ORDER as to Darren Franklin, Roland Worrell Status Conference set for 6/1/2004 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 04/21/2004) |
| | | |

| | | |
|---|---|---|
| 04/21/2004 | 8 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Darren Franklin, Roland Worrell Time excluded from 4/20/2004 until 5/27/2004. (Cohen, Lawrence) (Entered: 04/21/2004) |
| 04/21/2004 | 9 | NOTICE OF ATTORNEY APPEARANCE: Jonathan Shapiro appearing for Darren Franklin (Simeone, Maria) (Entered: 04/22/2004) |
| 04/23/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Detention Hearing as to Darren Franklin held on 4/23/2004; Patrick Hamilton for govt; Jonathan Shapiro for deft; Govt calls witness; witness is sworn and examined by govt; cross examined by defense; govt states deft criminal history and maximum penalties; govt moves for detention; defense counsel moves for release on electronic monitoring and conditions; matter taken under advisement. (Court Reporter digital.) (Simeone, Maria) (Entered: 04/23/2004) |
| 04/23/2004 | 10 | EXHIBIT/WITNESS LIST as to Darren Franklin detention hearing (Simeone, Maria) (Entered: 04/26/2004) |
| 05/04/2004 | 11 | Judge Lawrence P. Cohen : ORDER entered ORDER OF DETENTION as to Darren Franklin (Cohen, Lawrence) (Entered: 05/04/2004) |
| 05/27/2004 | 12 | SUPERSEDING INDICTMENT as to Darren Franklin (1) count(s) 1s, 2s, 3s, 4s, 5s, Roland Worrell (2) count(s) 2s. (Gawlik, Cathy) (Entered: 05/28/2004) |
| 05/27/2004 | 13 | SUPERSEEDING INFORMATION TO ESTABLISH PRIOR CONVICTION as to Darren Franklin (Johnson, Jay) (Entered: 06/01/2004) |
| 05/28/2004 | | Judge Rya W. Zobel : ORDER entered ORDER REFERRING CASE to Magistrate Judge Lawrence P. Cohen Reason for referral: Pretrial proceedings re Superseding Indictment as to Darren Franklin, Roland Worrell (Gawlik, Cathy) (Entered: 05/28/2004) |
| 05/28/2004 | | Set arraignment on second superseding indictment as to Darren Franklin, Roland Worrell : Arraignment set for 6/3/2004 02:45 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 05/28/2004) |
| 05/28/2004 | | NOTICE CANCELLING STATUS CONFERENCE |

| | | |
|---|---|---|
| | | SCHEDULED FOR 6/1/04 AT 11:00 as to Darren Franklin, Roland Worrell. (Simeone, Maria) (Entered: 05/28/2004) |
| 06/01/2004 | | Set arraignment on superseding indictment as to Darren Franklin, Roland Worrell : Arraignment set for 6/10/2004 02:45 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 06/01/2004) |
| 06/10/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Arraignment as to Darren Franklin (1) Count 1s,2s,3s,4s,5s and Roland Worrell (2) Count 2s held on 6/10/2004; Patrick Hamilton for Govt; Jonathan Shapiro for deft Franklin; Cathy Byrne for Roland Worrell; Both defts arraigned on superseding indictment and plea not guilty; defense requests 30 days for completion of discovery; Interim Status Conference set for 8/5/2004 02:15 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Court Reporter digital.) (Simeone, Maria) (Entered: 06/10/2004) |
| 06/14/2004 | 14 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Darren Franklin, Roland Worrell Time excluded from 6/10/2004 until 8/5/2004. (Cohen, Lawrence) (Entered: 06/14/2004) |
| 07/28/2004 | 15 | Assented to MOTION to Continue *Status Conference* as to Roland Worrell. (Byrne, Catherine) (Entered: 07/28/2004) |
| 08/04/2004 | 16 | Renewed Assented-To Motion to Continue Status Conference as to Roland Worrell. (Sorokin, Leo) Modified on 8/5/2004 (Johnson, Jay). (Entered: 08/04/2004) |
| 08/04/2004 | | Judge Lawrence P. Cohen : Electronic ORDER entered denying as moot 15 Motion to Continue as to Roland Worrell (2) in light of the renewed motion to continue (# 16) (Cohen, Lawrence) (Entered: 08/04/2004) |
| 08/04/2004 | 17 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Darren Franklin, Roland Worrell Time excluded from 8/5/2004 until 9/14/2004. (Cohen, Lawrence) (Entered: 08/04/2004) |
| 08/04/2004 | | Set/Reset Hearings as to Darren Franklin, Roland Worrell : Final Status Conference set for 9/14/2004 02:15 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 08/04/2004) |
| 09/14/2004 | 18 | Judge Lawrence P. Cohen : ORDER entered ORDER ON |

| | | |
|---|---|---|
| | | EXCLUDABLE DELAY as to Darren Franklin Time excluded from 9/14/2004 until 10/19/2004. (Cohen, Lawrence) (Entered: 09/15/2004) |
| 09/14/2004 | 19 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Roland Worrell (Cohen, Lawrence) (Entered: 09/15/2004) |
| 09/14/2004 | 20 | Judge Lawrence P. Cohen : ORDER entered REPORT AND ORDER on Final Status Conference as to Roland Worrell (Cohen, Lawrence) (Entered: 09/15/2004) |
| 09/14/2004 | | Case as to Roland Worrell no longer referred to Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 09/15/2004) |
| 09/14/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Status Conference as to Darren Franklin, Roland Worrell held on 9/14/2004; Patrick Hamilton for Govt; Cathy Byrne for Deft Worrell; Jonathan Shapiro for deft Franklin; defense counsel addresses court as to status of case, Worrells Counsel report the case should be sent to the district Judge for a rule 11 hearing; Franklins counsel informs court he plans on filing a motion to Supress and would like to continue hearing; subject to excludable time. Final Status Conference set for 10/19/2004 02:15 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Court Reporter digital.) (Simeone, Maria) (Entered: 09/15/2004) |
| 10/14/2004 | 21 | MOTION to Suppress *Evidence* as to Darren Franklin. (Attachments: # 1 Affidavit Affidavit of Defendant)(Shapiro, Jonathan) (Entered: 10/14/2004) |
| 10/14/2004 | 22 | MEMORANDUM in Support by Darren Franklin re 21 MOTION to Suppress *Evidence* (Shapiro, Jonathan) (Entered: 10/14/2004) |
| 10/19/2004 | 23 | Judge Lawrence P. Cohen : ORDER entered REPORT AND ORDER on Final Status Conference as to Darren Franklin (Cohen, Lawrence) Additional attachment(s) added on 10/19/2004 (Cohen, Lawrence). (Entered: 10/19/2004) |
| 10/19/2004 | | Case as to Darren Franklin no longer referred to Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 10/19/2004) |
| 10/19/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Status Conference as to Darren Franklin, Roland Worrell held on 10/19/2004 ; Patrick Hamilton for |

| | | |
|---|---|---|
| | | Govt; Cathy Byrne for deft; Case to be reported back to the district judge for trial; govt request additional time to respond to motions - 11/12/04; (Court Reporter digital.) (Simeone, Maria) (Entered: 10/26/2004) |
| 10/28/2004 | 24 | SECOND SUPSERSEDING INDICTMENT as to Darren Franklin (1) count(s) 1ss, 2ss, 3ss, 4ss, 5ss. (Gawlik, Cathy) (Entered: 11/01/2004) |
| 11/01/2004 | 25 | Judge Rya W. Zobel : ORDER entered ORDER REFERRING CASE to Magistrate Judge Lawrence P. Cohen Reason for referral: Pretrial proceedings re: Second Superseding Indictment as to Darren Franklin (Gawlik, Cathy) (Entered: 11/01/2004) |
| 11/02/2004 | 26 | TRANSCRIPT of Detention Hearing as to Darren Franklin held on April 23, 2004 before Judge Cohen. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508-384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/02/2004) |
| 11/03/2004 | 27 | NOTICE OF ARRAIGNMENT as to Darren Franklin Arraignment set for 11/15/2004 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 11/03/2004) |
| 11/12/2004 | 28 | Opposition by USA as to Darren Franklin re 21 MOTION to Suppress *Evidence* (Attachments: # 1 # 2 # 3 # 4)(Johnson, Jay) (Entered: 11/15/2004) |
| 11/15/2004 | ● | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Arraignment as to Darren Franklin (1) Count 1ss,2ss,3ss,4ss,5ss held on 11/15/2004; Atty Resnik for deft Franklin; Susan Poswistillo for govt; Court arraignes deft; Plea entered by Darren Franklin Not Guilty on all counts. (Court Reporter digital.) (Simeone, Maria) (Entered: 11/15/2004) |
| 11/15/2004 | ● | Case as to Darren Franklin no longer referred to Magistrate Judge Lawrence P. Cohen. (Hurley, Virginia) (Entered: 01/06/2005) |
| 12/16/2004 | 29 | EX-PARTE, MOTION for Protective Order and MOTION for Leave to File as to Darren Franklin by USA. (Johnson, Jay) (Entered: 12/17/2004) |

| | | |
|---|---|---|
| 12/20/2004 | ● | NOTICE OF HEARING as to Roland Worrell Pretrial Conference set for 1/12/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 12/20/2004) |
| 12/20/2004 | ● | NOTICE OF HEARING ON MOTION as to Darren Franklin Motion Hearing set for 1/20/2005 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. Non-evidentiary hearing.(Urso, Lisa) (Entered: 12/20/2004) |
| 01/07/2005 | ●30 | MOTION for Leave to File *Reply Memorandum and Supplemental Affidavit* as to Darren Franklin. (Shapiro, Jonathan) (Entered: 01/07/2005) |
| 01/07/2005 | ●31 | REPLY TO RESPONSE to Motion by Darren Franklin re 21 MOTION to Suppress *Evidence* (Attachments: # 1 Affidavit of Defendant)(Shapiro, Jonathan) (Entered: 01/07/2005) |
| 01/11/2005 | ●32 | Joint MOTION for Excludable Delay from October 19, 2004 to March 15, 2005 as to Roland Worrellby USA. (Hamilton, Patrick) (Entered: 01/11/2005) |
| 01/12/2005 | ● | Judge Rya W. Zobel : endorsedORDER entered granting 32 Motion to Exclude as to Roland Worrell (2) (Urso, Lisa) (Entered: 01/12/2005) |
| 01/19/2005 | ●33 | AFFIDAVIT of Darren Franklin (Johnson, Jay) (Entered: 01/21/2005) |
| 01/19/2005 | ●34 | SUPPLEMENTAL AFFIDAVIT by Darren Franklin (Johnson, Jay) (Entered: 01/21/2005) |
| 02/04/2005 | ●35 | MOTION for Leave to File Supplemental Memorandum in Support of Defendant's Motion to Suppress as to Darren Franklin. (Shapiro, Jonathan) Modified on 2/8/2005 (Johnson, Jay). (Entered: 02/04/2005) |
| 02/04/2005 | ●36 | MEMORANDUM in Support by Darren Franklin re 35 MOTION for Extension of Time to February 4, 2005 to File Supplemental Memorandum in Support of Defendant's Motion to Suppress (Shapiro, Jonathan) (Entered: 02/04/2005) |
| 02/08/2005 | ●37 | Notice of correction to docket made by Court staff. Correction: # 35 and 36 corrected because: Wrong Events, Wrong attachments, #35 was entered as a motion to extend time, (it is acually a motion for leave to file supplemental memorandum) which has been corrected by the clerk. #36 was entered as a |

| | | |
|---|---|---|
| | | memorandum supporting the motion to extend time, the pleading is acually the supplemental memorandum that the defendant is seeking leave of court to file.In the future counsel should not make any supplemental filings until the motion for leave has been ALLOWED. (Johnson, Jay) (Entered: 02/08/2005) |
| 09/09/2005 | 38 | Judge Rya W. Zobel : OrderORDER entered. as to Darren Franklin. Accordingly, defendant's motion for an evidentiary hearing as to the search of his automobile is granted. An evidentiary hearing is scheduled for 11/3/05 at 9:00 a.m. (Urso, Lisa) (Entered: 09/09/2005) |
| 09/09/2005 | | Judge Rya W. Zobel : Electronic ORDER entered granting 30 Motion for Leave to File as to Darren Franklin (1); granting 35 Motion for Extension of Time to File as to Darren Franklin (1) (Urso, Lisa) (Entered: 09/09/2005) |
| 10/17/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting [29] Motion for Leave to File under seal as to Darren Franklin (1); denying [29] Motion for Protective Order as to Darren Franklin (1) (Urso, Lisa) (Entered: 10/17/2005) |
| 10/24/2005 | 39 | MOTION to Continue to November 15, 17, 18, 21 & 22(until 3 p.m.) to Hold Hearing on Motion to Suppress as to Darren Franklin. (Shapiro, Jonathan) (Entered: 10/24/2005) |
| 10/25/2005 | | Judge Rya W. Zobel : ElectronicORDER entered granting 39 Motion to Continue as to Darren Franklin (1). Suppression hearing rescheduled to 11/21/05 at 2:00 p.m. (Urso, Lisa) (Entered: 10/25/2005) |
| 11/18/2005 | 40 | NOTICE OF ATTORNEY APPEARANCE Sabita Singh appearing for USA. (Singh, Sabita) (Entered: 11/18/2005) |
| 11/18/2005 | 41 | MOTION for Protective Order *Concerning Suppression Hearing* as to Darren Franklinby USA. (Singh, Sabita) (Entered: 11/18/2005) |
| 11/21/2005 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Evidentiary Hearing as to Darren Franklin held on 11/21/2005; Goverment witness #1 Robert Fratalia; cross; redirect; re-cross; witness #2 George MacLaughlin; hearing continued; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 11/22/2005) |
| 12/09/2005 | | ElectronicClerk's Notes for proceedings held before Judge Rya |

| | | |
|---|---|---|
| | | W. Zobel :Motion Hearing day two as to Darren Franklin held on 12/9/2005 re 21 MOTION to Suppress *Evidence* filed by Darren Franklin, ;witness #3 Mike Cashman; cross; redirect; continued direct of witness #2 George McLaughlin; cross; redirect; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 12/14/2005) |
| 12/12/2005 | 42 | TRANSCRIPT of Continued Motion to Suppress Hearing as to Darren Franklin held on December 9, 2005 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/12/2005) |
| 12/12/2005 | 43 | TRANSCRIPT of Motion to Suppress Hearing as to Darren Franklin held on November 21, 2005 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/12/2005) |
| 12/14/2005 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Motion Hearing day three as to Darren Franklin held on 12/14/2005 re 21 MOTION to Suppress *Evidence* filed by Darren Franklin; defendant's witness #1 Daren Franklin; cross; closings by both; Attachments A-G are part of the record; Jury trial set for 3/20/06 at 9:00 a.m. for 2-3 weeks; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 12/14/2005) |
| 03/09/2006 | 44 | MOTION to Dismiss *the Indictment* as to Darren Franklin. (Shapiro, Jonathan) (Entered: 03/09/2006) |
| 03/10/2006 | 45 | NOTICE OF ATTORNEY APPEARANCE Aloke Chakravarty appearing for USA. (Chakravarty, Aloke) (Entered: 03/10/2006) |
| 03/13/2006 | 46 | EXHIBIT/WITNESS LIST by USA as to Darren Franklin (Singh, Sabita) (Entered: 03/13/2006) |
| 03/13/2006 | 47 | MOTION for Excludable Delay from 1/13/2006 to 3/9/2006 as to Darren Franklinby USA. (Chakravarty, Aloke) (Entered: 03/13/2006) |
| | | |

| 03/14/2006 | 48 | Opposition by USA as to Darren Franklin re 44 MOTION to Dismiss *the Indictment* (Chakravarty, Aloke) (Entered: 03/14/2006) |
| --- | --- | --- |
| 03/15/2006 | 49 | Opposition by Darren Franklin re 47 MOTION for Excludable Delay from 1/13/2006 to 3/9/2006 (Shapiro, Jonathan) (Entered: 03/15/2006) |
| 03/15/2006 | 50 | Judge Rya W. Zobel : ORDER entered; Memorandum of Decision; denying 21 Motion to Suppress as to Darren Franklin (1); denying 41 Motion for Protective Order as to Darren Franklin, as moot (1) (Urso, Lisa) (Entered: 03/15/2006) |
| 03/15/2006 | 51 | MOTION for Protective Order as to Darren Franklin. (Attachments: # 1 Text of Proposed Order)(Shapiro, Jonathan) (Entered: 03/15/2006) |
| 03/16/2006 | 52 | Assented to MOTION to Continue *Trial and for Order of Excludable Delay* as to Darren Franklin by USA. (Singh, Sabita) (Entered: 03/16/2006) |
| 03/17/2006 | 53 | Judge Rya W. Zobel : Memorandum of Decision entered denying 44 Motion to Dismiss as to Darren Franklin (1) (Urso, Lisa) (Entered: 03/17/2006) |
| 03/17/2006 |  | Judge Rya W. Zobel : endorsedORDER entered granting 47 Motion to Exclude as to Darren Franklin (1); granting 51 Motion for Protective Order as to Darren Franklin for the period beginning on 6/19/06 (1); granting 52 Motion to Continue as to Darren Franklin (1) Jury Trial set for 6/19/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 03/17/2006) |
| 03/29/2006 | 54 | MOTION for Authorization of Services or Funds *for Drug Testing* as to Darren Franklin. (Shapiro, Jonathan) (Entered: 03/29/2006) |
| 03/30/2006 | 55 | TRANSCRIPT of Suppression Hearing as to Darren Franklin held on January 20, 2005 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/30/2006) |
| 03/31/2006 |  | Judge Rya W. Zobel : Electronic ORDER entered granting 54 Motion for Authorization of Services or Funds as to Darren |

| | | |
|---|---|---|
| | | Franklin (1) (Urso, Lisa) (Entered: 03/31/2006) |
| 03/31/2006 | 56 | MOTION for Reconsideration re 53 Order on Motion to Dismiss as to Darren Franklin. (Shapiro, Jonathan) (Entered: 03/31/2006) |
| 04/03/2006 | 57 | TRANSCRIPT of Continued Motion to Suppress Hearing as to Darren Franklin held on December 14, 2005 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/03/2006) |
| 04/13/2006 | 58 | Opposition by USA as to Darren Franklin re 56 MOTION for Reconsideration re 53 Order on Motion to Dismiss *and Order on Excludable Delay* (Chakravarty, Aloke) (Entered: 04/13/2006) |
| 06/02/2006 | 59 | MOTION for Authorization of Services or Funds *for Expert* as to Darren Franklin. (Attachments: # 1)(Shapiro, Jonathan) (Entered: 06/02/2006) |
| 06/05/2006 | ● | ELECTRONIC NOTICE OF HEARING as to Darren Franklin Telephone Conference set for 7/7/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 06/05/2006) |
| 06/07/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Status Conference as to Darren Franklin held on 6/7/2006; Memorandum & Order to issue; (Urso, Lisa) (Entered: 06/07/2006) |
| 06/07/2006 | ● | Judge Rya W. Zobel : endorsedORDER entered granting 59 Motion for Authorization of Services or Funds as to Darren Franklin (1) (Urso, Lisa) (Entered: 06/07/2006) |
| 06/08/2006 | 60 | Judge Rya W. Zobel : Memorandum of DecisionORDER entered granting 56 Motion for Reconsideration as to Darren Franklin (1). The indictment is dismissed without prejududice pursuant to 18 USC?3162(a)(2). The detention order shall remain in effect pending appeal. (Urso, Lisa) (Entered: 06/08/2006) |
| 06/14/2006 | 61 | NOTICE OF APPEAL by USA as to Darren Franklin re 60 Order on Motion for Reconsideration,. Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, |

| | | which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/5/2006. (Singh, Sabita) (Entered: 06/14/2006) |