# United States Court of Appeals
## For the First Circuit

No. 06-2089

UNITED STATES

Appellant

v.

DARREN FRANKLIN, a/k/a D

Defendant - Appellee

**JUDGMENT**

Entered: November 3, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of the appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

**Mandate to issue forthwith.**

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 11/3/06

By the Court:
Richard Cushing Donovan, Clerk

By: ___JULIE GREGG___
Julie Gregg, Operations Manager

[cc: Patrick M. Hamilton, AUSA, Sabita Singh, AUSA, Aloke Shankar Chakravarty, Esq., Dina Michael Chaitowitz, AUSA, Jonathan Shapiro, Esq.]