```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        v.                  )    CRIMINAL NO. 04-10117-RWZ
                            )
DARREN FRANKLIN             )
                            )
```

**NOTICE OF APPEARANCE**

Please enter the appearance of Assistant United States Attorney James P. Dowden for the United States in the above-captioned matter.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney


                    By:
                            /s/ James P. Dowden
                            JAMES P. DOWDEN
                            Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

    I, JAMES P. DOWDEN, certify that on March 5, 2007 I served upon counsel for defendant, Jonathan Shapiro, a copy of the foregoing document via the Court's ECF electronic filing system.

                                        /s/ James P. Dowden
                                        James P. Dowden
                                        Assistant United States Attorney